NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JAIME ELIM PEREZ,                            )
                                             )
            Appellant,                       )
                                             )
v.                                           )          Case No. 2D18-2130
                                             )
STATE OF FLORIDA,                            )
                                             )
            Appellee.                        )
                                             )
_____)

Opinion filed September 4, 2019.

Appeal from the Circuit Court for Manatee
County; Brian Iten, Judge.

Howard L. Dimmig, II, Public Defender,
and Simone Lennon, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Laurie Benoit-Knox,
Assistant Attorney General, Tampa, for
Appellee.



PER CURIAM.

            Affirmed.

MORRIS, BLACK, and BADALAMENTI, JJ., Concur.